IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02376-WYD-MEH

PAUL MAUCIK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2008.**

    The Motion to Withdrawal [sic] as Counsel for Plaintiff Paul Maciuk filed by George E. Chandler [filed February 12, 2008; doc #27] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.

    For the third time in this case [doc #10 and doc #14], the parties and their counsel are reminded of their duty to confer before filing a motion in this Court pursuant to Rule 7.1A.