IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02376-WYD-MEH

PAUL MAUCIK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2008.**

    The second Motion to Withdrawal [sic] as Counsel for Plaintiff Paul Maciuk filed by George E. Chandler [filed February 20, 2008; doc #27] is **granted**. Mr. Chandler is hereby terminated from representation of Plaintiff in this matter.