IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02376-WYD-MEH

PAUL MAUCIK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties Stipulation for Dismissal With Prejudice, filed May 1, 2008 (docket # 39).  Having reviewed the Stipulation and premises therein, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice is **GRANTED**.  It is

FURTHER ORDERED that the above-entitled action and complaint be **DISMISSED WITH PREJUDICE**, with each party to pay his or its own costs.

Dated:  June 5, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge